# United States District Court

__Southern__ District of __Texas__

UNITED STATES OF AMERICA
V.
Jose Antonio HERNANDEZ-Medina

Mexico
205 300 191

**CRIMINAL COMPLAINT**

CASE NUMBER 1:18-PO- __156__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __November 1, 2014__ in __Hidalgo__ County, in the __Southern__ District of __Texas__, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section __1325(a)(1).__

I further state that I am a __Deportation Officer__ and this complaint is based on the following facts:

**The defendant was apprehended in Olmito, Texas on August 11, 2018. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River at or near Hidalgo, Texas on or about November 1, 2014, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:  ☐ Yes   ☒ No

Defendant has   $50.32

\S\ Juan Lopez
*Signature of Complainant*

Juan Lopez                Deportation Officer
*Name and Title of Complainant*

Sworn to before me and subscribed in my presence,

August 11, 2018                                     at     Brownsville, Texas
*Date*                                                          *City and State*

Ignacio Torteya III     U.S. Magistrate Judge
*Name and Title of Judicial Officer*                      *Signature of Judicial Officer*